# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129942 & (29)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SIDNEY J. GORDON,
      Defendant-Appellant.

SC: 129942
COA: 255815
Wayne CC: 97-002504

_____/

On order of the Court, the application for leave to appeal the October 5, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for miscellaneous relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

d0424